IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RUSSELL BILLINGSLEY,

Plaintiff,

vs.

CIVIL ACTION NO. CV205-012

WAYNE V. BENNETT, Sheriff;
RON CORBETT, Undersheriff;
and LOUISE NEWSOME, Jail
Administrator,

Defendants.

## ORDER

Plaintiff previously submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sought to proceed *in forma pauperis.* By Order dated January 26, 2005, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until February 28, 2005, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that January 26, 2005, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 18th day of May, 2005

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BILLINGSLEY )

vs ) CASE NUMBER CV205-12

BENNETT, ET AL )
) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/18/05, which is part of the official record of this case.

Date of Mailing: 5/18/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Russell Billingsley, GDC 520285, Coastal CI, P.O. Box 7150, Savannah, GA 31418

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate